JOHN H. ANDERSON, Appellant, v. WARDEN, NEVADA STATE PRISON, Respondent.

No. 6409

September 10, 1971                    488 P.2d 149

*Robert G. Legakes,* Public Defender, and *Morgan D. Harris,* Deputy Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General, Carson City; and *Roy A. Woofter,* District Attorney, and *Raymond D. Jeffers,* Chief Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

Having given full consideration to the briefs and the record on appeal, we find that there is substantial competent evidence

---

in the record to support the order below and that appellant has failed to demonstrate reversible error.

The order denying appellant's petition for post-conviction relief is affirmed.